IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZMI TAKIEDINE, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-4518 |
| 7-ELEVEN, INC, | : | |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 27th day of June, 2018, upon consideration of Defendant's Motion to Dismiss (Doc. No. 9), Plaintiff's Response (Doc. No. 12), and oral argument held on June 15, 2018, **it is ORDERED** that the Motion to Dismiss (Doc. No. 9) is **GRANTED** for the reasons in the accompanying Memorandum. Plaintiff is granted leave to file an Amended Complaint no later than July 16, 2018.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE