IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **AZMI TAKIEDINE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **7-ELEVEN, INC,** | : | **NO. 17-4518** |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22nd day of February, 2019, upon consideration of Defendant 7-Eleven's Motion to Dismiss (Doc. No. 29), Plaintiff Azmi Takiedine's response thereto (Doc. No. 31), 7-Eleven's Motion to Stay Arbitrable Claims (Doc. No. 30), Mr. Takiedine's response thereto (Doc. No. 33), 7-Eleven's reply (Doc. No. 36), the parties' supplemental briefing on these issues (Doc. Nos. 58, 59, and 62), and 7-Eleven's Motion to Stay Certain Discovery (Doc. No. 68), and following an oral argument held on December 18, 2018, **it is ORDERED** as follows:

1. 7-Eleven's Motion to Dismiss (Doc. No. 29) is **GRANTED IN PART AND DENIED IN PART** as set out in the accompanying Memorandum;

2. 7-Eleven's Motion to Stay Arbitrable Claims (Doc. No. 30) is **GRANTED**;

3. Mr. Takiedine's vendor negotiating practices claims—including his claims concerning 7-Eleven's proprietary products—are **STAYED** pending the resolution by arbitration pursuant to Sections 15(j), 15(k), and Exhibit J to the Franchise Agreements;

4. The remainder of this case will proceed; and

5. Mr. Takiedine shall respond to 7-Eleven's Motion to Stay Certain Discovery (Doc. No. 68) by March 8, 2019, indicating whether the manufacturing cost information he seeks relates to any of the claims that will proceed before the Court.

        BY THE COURT:

        <u>S/Gene E.K. Pratter</u>
        GENE E.K. PRATTER
        UNITED STATES DISTRICT JUDGE