# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AZMI TAKIEDINE,** | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| **7-ELEVEN, INC,** | : | NO. 17-4518 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 5th day of March, 2020, upon consideration of Defendant 7-Eleven's Motion to Exclude Testimony by Plaintiff's Expert James T. O'Brien and related filings (Doc. Nos. 77–79, 107), Plaintiff Azmi Takiedine's Response in Opposition (Doc. No. 91), 7-Eleven's Motion for Summary Judgment and related filings (Doc. Nos. 80–85, 89), Mr. Takiedine's Response in Opposition and related filings (Doc. Nos. 92–101, 103, 113), oral argument held on July 25, 2019, and the parties' supplemental briefing submitted after oral argument (Doc. Nos. 110, 111), it is **ORDERED** that:

1. 7-Eleven's Motion for Summary Judgment (Doc. No. 84) is **GRANTED** for the reasons set forth in the accompanying Memorandum;

2. Mr. Takiedine's claims against 7-Eleven are **DISMISSED WITH PREJUDICE**;

3. 7-Eleven's Motion to Exclude Testimony by Plaintiff's Expert James T. O'Brien (Doc. No. 78) is **DEEMED MOOT**; and

1

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**