IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZMI TAKIEDINE, *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| 7-ELEVEN, INC, *Defendant* | : | No. 17-4518 |

## ORDER

AND NOW, this 2nd day of September, 2020, upon consideration of the Court's March 5, 2020 Memorandum and Order (Doc. Nos. 115, 116), Azmi Takiedine's Motion for Reconsideration (Doc. No. 118) and Motion to Amend/Correct the First Amended Complaint (Doc. No. 119), 7-Eleven, Inc.'s responses thereto (Doc. Nos. 121, 122), and Mr. Takiedine's replies (Doc. Nos. 123, 124), it is **ORDERED** that:

1. The Motion for Reconsideration (Doc. No. 118) and Motion to Amend/Correct the First Amended Complaint (Doc. No. 119) are **DENIED** as outlined in the accompanying Memorandum;

2. The Court's March 5, 2020 Order (Doc. No. 116) is **VACATED IN PART** only insofar as the Clerk of Court was directed to mark the case closed for all purposes, including statistics;[1]

3. The Clerk of Court shall **RE-OPEN** this case;

4. All activity in this case is **STAYED** until further notice of the Court;

5. The Clerk of Court shall place the case in **SUSPENSE**; and

---

[1] Mr. Takiedine's claims related to vendor negotiating practices were previously stayed for arbitration. Accordingly, this case will remain open pending arbitration of those claims.

1

6.      Counsel for the parties shall notify the Court as to any change in the status of Mr. Takiedine's claims that have been stayed pending arbitration.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**