IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AZMI TAKIEDINE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| v. | : | |
| | : | **No. 17-4518** |
| **7-ELEVEN, INC.,** | : | |
| *Defendant* | : | |

## ORDER

AND NOW, this 29th day of July, 2021, upon consideration of Mr. Takiedine's Motion to Lift Stay (Doc. No. 140), which this Court construes as a Motion for Reconsideration of the Court's February 22, 2019 Order (Doc. No. 71), 7-Eleven, Inc.'s Response in Opposition (Doc. No. 141), Mr. Takiedine's Reply (Doc. No. 143), the materials submitted by the parties for review during the April 6, 2021 hearing (Doc. Nos. 145 & 146), the April 6, 2021 evidentiary hearing, 7-Eleven, Inc.'s Supplemental Memorandum (Doc. No. 149), Mr. Takiedine's Supplemental Memorandum (Doc. No. 150), 7-Eleven, Inc.'s Supplemental Memorandum Regarding Enforceability (Doc. No. 152), and Mr. Takiedine's Supplemental Memorandum Regarding Enforceability (Doc. No. 153), it is **ORDERED** that:

1. Mr. Takiedine's Motion for Reconsideration (Doc. No. 140) is **GRANTED.**

2. The stay imposed by this Court on February 22, 2019 as to Mr. Takiedine's vendor negotiating practices claims is **LIFTED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1