## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AZMI TAKIEDINE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **7-ELEVEN, INC,** | : | **No. 17-4518** |
| *Defendant* | : | |

## O R D E R

**AND NOW**, this _17th_ day of March, 2022, upon consideration of Defendant 7-Eleven, Inc.'s Motion for Summary Judgment (Doc. No. 157), 7-Eleven's Memorandum in Support (Doc. No. 158), Plaintiff Azmi Takiedine's Response in Opposition (Doc. Nos. 167, 169), and 7-Eleven's Reply (Doc. No. 172), for the reasons in the accompanying memorandum, it is **ORDERED** that 7-Eleven's Motion (Doc. No. 157) is **GRANTED**.

**AND** upon consideration of Defendant 7-Eleven, Inc.'s Motion to Exclude the Testimony of Plaintiff's Expert (Doc. No. 163), Plaintiff Azmi Takiedine's Response in Opposition (Doc. No. 168), and 7-Eleven's Reply (Doc. No. 175), it is **ORDERED** that 7-Eleven's Motion (Doc. No. 163) is **DEEMED MOOT**.

**BY THE COURT:**

**GENE E. K. PRATTER**
**UNITED STATES DISTRICT JUDGE**